

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2019

No. 04-19-00068-CR

Victor Manuel **PALOMO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2009CRN001115-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

On August 19, 2019, pursuant to rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we abated this appeal to the trial court and ordered the trial court to conduct a hearing on or before September 18, 2019 to determine whether appellant is indigent and if so, to appoint counsel. In response to our order, the trial court held a hearing, found appellant to be indigent, and appointed Angela Moore as appellate counsel. A supplemental reporter's record was filed in this court on September 12, 2019.

Based on the foregoing, we **ORDER** the abatement lifted and the appellate deadlines reinstated. We further **ORDER** appellant's counsel, Angela Moore, to file appellant's brief **on or before October 21, 2019.** We advise counsel that because the brief was originally due July 31, 2019, additional requests for extensions of time to file appellant's brief will be strictly reviewed.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2019.



KEITH E. HOTTLE,
Clerk of Court